JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANK MEDINA,<br><br>            Plaintiff,<br><br>    v.<br><br>THE COUNTY OF LOS ANGELES AND DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | CASE NO. 2:15-CV-09121-AB (KSx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   December 3, 2015<br>Trial Date:     April 4, 2017 |

The Court, having reviewed the parties' Joint Stipulation of Dismissal, hereby **dismisses** with prejudice the Complaint in this action.

Dated: December 21, 2016   _____

The Honorable André Birotte
United States District Court Judge

HOA.101429763.1

~~PROPOSED~~ ORDER ON JOINT STIPULATION OF DISMISSAL

2:15-CV-09121-AB(KSx)